UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THANH SON TRAN,
Plaintiff,
v.
MINH DUC PHAM, et al.,
Defendants.

Case No. 25-cv-10326-BLF (SVK)

**DISCOVERY ORDER GRANTING PROTECTIVE ORDER**

Re: Dkt. No. 103

Before the Court is Defendants' request for a protective order in response to 986 *additional* Requests for Admission ("RFAs") and Requests for Production ("RFPs") recently served by Plaintiff. In its prior Order (Dkt. 105), the Court expressed concern regarding Plaintiff's voluminous, disproportional discovery requests, provided guidelines for further meet and confer between the Parties as to certain outstanding requests and set a discovery hearing for its next available date, November 19, 2026. The Parties will proceed as set forth in the prior Order. In addition, the Court ORDERS as follows:

- Defendants will respond to the discovery requests in Set Four that were previously missing definitions in Set Three **in advance of the previously ordered meet and confer to be completed by November 6, 2026**.
- All other discovery requests in Set Four are **STRICKEN** as not proportional to the needs of the case. Fed. R. Civ. Proc. 26(b)(1).
- Defendants' request for protective order is **GRANTED**; Plaintiff may not serve any additional written discovery requests before the hearing on November 19, 2026. The Court will address the scope and duration of the Protective Order at the November 19 hearing.

United States District Court
Northern District of California

Plaintiff is again ***strongly encouraged*** to seek the assistance of the legal Help Center (408-297-1480 or emailing hsong@asianlawalliance.org), particularly with regards to the proper use of AI tools in discovery. *See also* https://cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_9-2024_MBB.pdf

**SO ORDERED.**

Dated: October 28, 2026



SUSAN VAN KEULEN
United States Magistrate Judge